STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: varell_fuller@fd.org

Counsel for Defendant
VICTOR HUGO AGUAYO GALAVIZ

FILED
NOV 1 7 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO AGUAYO GALAVIZ,<br><br>Defendant. | No. 16-MJ-71482-NC<br><br>[PROPOSED] ORDER DISMISSING CRIMINAL COMPLAINT AND DIRECTING UNITED STATES MARSHAL'S SERVICE TO RELEASE DEFENDANT FORTHWITH |

GOOD CAUSE APPEARING, upon motion of defendant Victor Aguayo Galaviz, by and through counsel, and upon motion of the government, IT IS HEREBY ORDERED that the criminal complaint is DISMISSED.

IT IS FURTHER ORDERED that the United States Marshal's Service shall release the defendant from custody forthwith.

IT IS SO ORDERED.

Date: 11-17-16

_____
The Honorable Sallie Kim
UNITED STATES MAGISTRATE JUDGE

cc: USM

NO. 16-MJ-71482 NC
[PROPOSED] ORDER                            1